# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

In re: DEBRA S. KOZAK  
     JOSEPH T. KOZAK  
          Debtor(s)

Case No.: 1011567 B

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Albert J. Mogavero, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/20/2010.
2) The plan was confirmed on 06/25/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 06/16/2015.
6) Number of months from filing or conversion to last payment: 62.
7) Number of months case was pending: 64.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 8,550.00.
10) Amount of unsecured claims discharged without full payment: 74,787.41.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $44,671.68 |
| Less amount refunded to debtor: | $22.42 |
| **NET RECEIPTS:** | **$44,649.26** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,675.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $2,589.02 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,264.02** |
| Attorney fees paid and disclosed by debtor: | $925.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN FINANCIAL SOLUTIONS | Unsecured | NA | NA | NA | .00 | .00 |
| BAC/FLEET-CNS LNDG | Unsecured | NA | NA | NA | .00 | .00 |
| BANK ONE | Unsecured | 5,646.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BANK | Unsecured | NA | NA | NA | .00 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | 1,363.00 | 1,676.60 | 1,676.60 | 83.83 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | 912.00 | 912.19 | 912.19 | 45.61 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | 4,200.00 | 6,305.58 | 6,305.58 | 315.28 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | NA | 2,411.65 | 2,411.65 | 120.58 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | NA | 997.26 | 997.26 | 49.86 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | NA | 724.56 | 724.56 | 36.23 | .00 |
| eCAST SETTLEMENT CORP. | Unsecured | NA | 6,037.74 | 6,037.74 | 301.89 | .00 |
| ESL FEDERAL CREDIT UNION | Unsecured | 14,635.00 | 16,065.90 | 16,065.90 | 803.30 | .00 |
| FASHION BUG | Unsecured | 646.00 | NA | NA | .00 | .00 |
| FASHION BUG | Unsecured | NA | NA | NA | .00 | .00 |
| FIVE STAR BANK | Unsecured | NA | 856.65 | 856.65 | 42.83 | .00 |

0034-0U-EPIE0U-00564640-1771590

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

In re: DEBRA S. KOZAK  
JOSEPH T. KOZAK  
Debtor(s)

Case No.: 1011567 B

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HOUSEHOLD FINANCE CORPORATION | Unsecured | 16,000.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 7,200.00 | 10,289.13 | 10,289.13 | 10,289.13 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 125.30 | 125.30 | 6.27 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | .00 | .00 | .00 | .00 |
| M & T BANK | Unsecured | 1,598.00 | NA | NA | .00 | .00 |
| MERCANTILE ADJUSTMENT | Unsecured | 460.00 | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | NA | NA | NA | .00 | .00 |
| NYS DEPT. OF TAX & FINANCE | Unsecured | 3,000.00 | 3,093.84 | 3,093.84 | 154.69 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, I | Unsecured | 750.00 | 963.62 | 963.62 | 48.18 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 482.00 | 485.60 | 485.60 | 24.28 | .00 |
| SCA/WESTERN AUTO | Unsecured | NA | NA | NA | .00 | .00 |
| SCA/WESTERN AUTO | Unsecured | NA | NA | NA | .00 | .00 |
| SEARS | Unsecured | NA | NA | NA | .00 | .00 |
| SOUTHERN TIER ANESTHESIOLOGIST | Unsecured | 1,620.00 | 1,645.00 | 1,645.00 | 82.25 | .00 |
| THE BANK OF HOLLAND | Unsecured | 1,332.00 | NA | NA | .00 | .00 |
| TOMPKINS TRUST CO. | Secured | 7,020.17 | 3,850.00 | 3,850.00 | 3,850.00 | 223.28 |
| TOMPKINS TRUST CO. | Secured | NA | 2,225.98 | 2,225.98 | 111.30 | .00 |
| TOMPKINS TRUST CO. | Secured | NA | 1,960.15 | 1,960.15 | 98.01 | .00 |
| TOMPKINS TRUST CO. | Unsecured | 488.00 | 401.53 | 401.53 | 20.08 | .00 |
| TOMPKINS TRUST CO. | Unsecured | 2,631.00 | NA | NA | .00 | .00 |
| TOMPKINS TRUST CO. | Unsecured | NA | 855.92 | 855.92 | 42.80 | .00 |
| TRS RECOVERY SERVICES | Unsecured | 875.00 | NA | NA | .00 | .00 |
| U.S. DEPT. OF EDUCATION | Unsecured | 32,648.00 | 50,936.96 | 50,936.96 | 2,546.85 | .00 |
| UNITED CONSUMER FINANCIAL SVCS | Secured | 1,207.00 | 236.85 | 236.85 | 236.85 | 13.34 |
| UNITED CONSUMER FINANCIAL SVCS | Unsecured | NA | NA | NA | .00 | .00 |
| UNITED CONSUMER FINANCIAL SVCS | Unsecured | NA | 252.33 | 252.33 | 12.62 | .00 |
| WELLS FARGO BANK, NA | Secured | NA | 160,135.20 | 160,135.20 | .00 | .00 |
| WELLS FARGO BANK, NA | Secured | 20,000.00 | 19,685.04 | 19,685.04 | 19,685.04 | 1,140.76 |
| WELLS FARGO HOME MORTGAGE | Secured | NA | NA | NA | .00 | .00 |
| WFNNB/ LANE BRYANT | Unsecured | NA | NA | NA | .00 | .00 |
| WMC MORTGAGE | Secured | NA | NA | NA | .00 | .00 |
| WYOMING COUNTY BANK | Unsecured | NA | NA | NA | .00 | .00 |

0034-0U-EPIE0U-00564640-1771590

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

In re: DEBRA S. KOZAK  
      JOSEPH T. KOZAK  
      Debtor(s)

Case No.: 1011567  B

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WYOMING COUNTY BANK | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 160,135.20 | .00 | .00 |
| Mortgage Arrearage: | 19,685.04 | 19,685.04 | 1,140.76 |
| Debt Secured by Vehicle: | 8,036.13 | 4,059.31 | 223.28 |
| All Other Secured: | 236.85 | 236.85 | 13.34 |
| **TOTAL SECURED:** | 188,093.22 | 23,981.20 | 1,377.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 10,289.13 | 10,289.13 | .00 |
| **TOTAL PRIORITY:** | 10,289.13 | 10,289.13 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 94,750.23 | 4,737.53 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,264.02 |
| Disbursements to Creditors: | $40,385.24 |
| **TOTAL DISBURSEMENTS:** | $44,649.26 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/21/2015      By: /s/Albert J. Mogavero  
                                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

Case 1-10-11567-CLB    Doc 73    Filed 10/16/15    Entered 10/16/15 12:58:13    Desc
Page 3 of 3
Page 3 of 3            UST Form 101-13-FR-S (9/1/2009)